**No. 46294.**—Protest 989209–G of M. Pressner & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware similar to that the subject of *Butler Brothers* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 46295.**—Protests 13355–K, etc., of F. B. Vandegrift & Co. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise is amorphous graphite the same as that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444) the protests were sustained.

**No. 46296.**—Protest 24739–K of F. B. Vandegrift & Co. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise is amorphous graphite the same as that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444) the protest was sustained.

**No. 46297.**—Protest 27348–K of T. D. Downing Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise is amorphous graphite the same as that the subject of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444) the protest was sustained.

**No. 46298.**—Protests 29777–K, etc., of Davies Turner & Co. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of graphite and plumbago which is practically identical in condition with the graphite passed upon in *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444). In accordance therewith the graphite in question was held dutiable as amorphous graphite at 5 percent under paragraph 213 and T. D. 49753. The protests were therefore sustained.